STATE v. HENDERSON

No. 73P92

Case below: 105 N.C.App. 246

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 21 April 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

STATE v. HICKS

No. 550P91

Case below: 104 N.C.App. 556

Motion by the Attorney General to dismiss appeal by defendant (Hicks) for lack of substantial constitutional question allowed 21 April 1992. Petition by defendant (Hicks) for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

STATE v. HUNTLEY

No. 41P92

Case below: 104 N.C.App. 732

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

STATE v. LEWIS

No. 20P92

Case below: 104 N.C.App. 804

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 21 April 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.